## IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA :

vs. : CRIMINAL NO.: 21-00103-WS-MU

LEDERRICK DAYSHAWN COLLIER :

### ACCEPTANCE OF GUILTY PLEA
### AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 26) and without any objection having been filed by the parties, the plea of guilty by the Defendant to Count One of the Indictment, charging a violation of Title 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm, is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **October 26, 2021, at 10:00 a.m.**, under separate order.

**DONE and ORDERED** this 13th day of Septembert 2021.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE